IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DURST | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-2933 |
| | : | |
| CITY OF PHILADELPHIA | : | |
| | : | |

## ORDER

AND NOW, this 21st day of September, 2018, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment, Plaintiff James Durst's opposition thereto, Defendant's reply, and the parties' presentations at the September 12, 2018, oral argument on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 22) is GRANTED. Judgment is entered in favor of Defendant on all claims in Plaintiff's Complaint.

It is further ORDERED:

1.      Defendant's Motion in Limine (Document 41) is DISMISSED as MOOT.

2.      Plaintiff's Motions in Limine (Documents 42 and 43) are DISMISSED as MOOT.

The Clerk of Court is directed to mark this case CLOSED.


BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.